> This is not the official court record. Official records of court proceedings may only
> be obtained directly from the court maintaining a particular record.

## Kenneth Garwick, Cynthia Garwick v. John Fisher, Fleeman Carriers, Inc.

| | |
|---|---|
| Case Number | 03D01-1912-CT-007232 |
| Court | Bartholomew Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 12/23/2019 |
| Status | 12/23/2019 , Pending  (active) |

## Parties to the Case

Defendant   Fisher, John

| | |
|---|---|
| Address | 160 Commodore Circle<br>Summertown, TN 38483 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Erin A Clancy<br>*#2196249, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Ryan O. Farner<br>*#2959902, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>211 Pennsylvania Street<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Ryan O. Farner<br>*#2959902, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>211 Pennsylvania Street<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

Defendant   Fleeman Carriers, Inc.

EXHIBIT B

| | |
|---|---|
| Address | 605 Windsor Ave.<br>Lawrenceburg, TN 38464 |
| Attorney | Erin A Clancy<br>*#2196249, Lead, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Erin A Clancy<br>*#2196249, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>One Indiana Square - Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Ryan O. Farner<br>*#2959902, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>211 Pennsylvania Street<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |
| Attorney | Ryan O. Farner<br>*#2959902, Retained*<br><br>KIGHTLINGER & GRAY LLP<br>211 Pennsylvania Street<br>Suite 300<br>Indianapolis, IN 46204<br>317-638-4521(W) |

---

Plaintiff    Garwick, Kenneth

| | |
|---|---|
| Address | 1900 Lincoln Dr.<br>Manhattan, KS 66502 |
| Attorney | Ryan Johnson<br>*#2425249, Retained*<br><br>Keller & Keller<br>2850 N. Meridian Street<br>Indianapolis, IN 46208<br>317-926-1111(W) |

---

Plaintiff    Garwick, Cynthia

EXHIBIT B

| Address | 1900 Lincoln Dr. |
| | Manhattan, KS 66502 |
| Attorney | Ryan Johnson |
| | *#2425249, Retained* |
| | Keller & Keller |
| | 2850 N. Meridian Street |
| | Indianapolis, IN 46208 |
| | 317-926-1111(W) |

## Chronological Case Summary

| 12/23/2019 | **Case Opened as a New Filing** |

| 12/23/2019 | **Appearance Filed** |
| | Appearance |
| | For Party: | Garwick, Kenneth |
| | File Stamp: | 12/23/2019 |

| 12/23/2019 | **Complaint/Equivalent Pleading Filed** |
| | Complaint |
| | Filed By: | Garwick, Kenneth |
| | File Stamp: | 12/23/2019 |

| 12/23/2019 | **Subpoena/Summons Issued** |
| | Summons to Deft. Fisher |
| | Party: | Garwick, Kenneth |
| | File Stamp: | 12/23/2019 |

| 12/23/2019 | **Subpoena/Summons Issued** |
| | Summons to Deft. Fleeman Carriers |
| | Party: | Garwick, Kenneth |
| | File Stamp: | 12/23/2019 |

| 12/26/2019 | **Certificate of Issuance of Summons** |
| | Cert. of Issuance of Summons |
| | Filed By: | Garwick, Kenneth |
| | File Stamp: | 12/23/2019 |

| 01/06/2020 | **Appearance Filed** |
| | Appearance of Erin Clancy and Ryan Farner |
| | For Party: | Fisher, John |
| | For Party: | Fleeman Carriers, Inc. |
| | File Stamp: | 01/02/2020 |

| 01/06/2020 | **Motion Filed** |
| | Motion for Extension of Time |
| | Filed By: | Fisher, John |
| | Filed By: | Fleeman Carriers, Inc. |
| | File Stamp: | 01/02/2020 |

EXHIBIT B

| 01/07/2020 | **Order Issued** |
|---|---|
| | GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |

Judicial Officer:      Worton, James D.

Order Signed:          01/06/2020

| 01/08/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 1/7/2020 : Erin A Clancy;Ryan O. Farner;Ryan Johnson |

| 01/08/2020 | **Service Returned Served** |
|---|---|
| | CERTIFIED MAIL RECEIPT RETURNED SERVED TO JOHN FISHER |

Party Served:          Fisher, John

Date Served:           12/31/2019

| 01/08/2020 | **Service Returned Served** |
|---|---|
| | BY CERTIFIED MAIL TO FLEEMAN CARRIERS, INC. |

Party Served:          Fleeman Carriers, Inc.

Date Served:           12/30/2019

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any
balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding
balances shown, please contact the Clerk's Office.

**Garwick, Kenneth**
Plaintiff

Balance Due (as of 01/22/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/23/2019 | Transaction Assessment | 157.00 |
| 12/23/2019 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

EXHIBIT B

Case 3:20-cv-00010-RLY-MPB   Document 1-2   Filed 01/22/20   Page 5 of 22 PageID #: 11

03D01-1912-CT-007232
Bartholomew Superior Court 1

Filed: 12/23/2019 9:40 AM
Clerk
Bartholomew County, Indiana

STATE OF INDIANA       )   IN THE BARTHOLOMEW       COURT
                )SS:
COUNTY OF BARTHOLOMEW )  CAUSE NO. 03D01-1912-CT-007232

KENNETH GARWICK and      )
CYNTHIA GARWICK,        )
         Plaintiffs,    )      ***TRIAL BY JURY DEMANDED***
                )
      vs.             )
                )
JOHN FISHER and FLEEMAN   )
CARRIERS INC,          )
         Defendants.   )

## APPEARANCE FORM
### (Initiating Party)

1.    <u>Name of first initiating party(ies)</u>: Kenneth and Cynthia Garwick

2.    <u>Attorney information (as application for service of process)</u>:

        Ryan Johnson, Attorney #24252-49
        Randall L. Juergensen, Attorney #21189-49
        Michael Hult, Attorney #26973-53
        KELLER & KELLER LLP
        2850 N. Meridian Street
        Indianapolis, IN 46208
        317-926-1111 (tel.)
        317-926-1411 (fax)

3.    <u>Case type requested:</u>  CT

4.    <u>Will accept FAX service?</u>  NO

5.    <u>Are there related cases?</u>  NO

6.    <u>Additional information required by state of local rule:</u>  NONE

7.    This document has not been served upon any parties or counsel.

        Respectfully submitted,

        KELLER & KELLER LLP

        */s/ Ryan Johnson*
        Ryan Johnson, #24252-49

EXHIBIT B

STATE OF INDIANA           )     IN THE BARTHOLOMEW                 COURT
                           )SS:
COUNTY OF BARTHOLOMEW )     CAUSE NO. 03D01-1912-CT-007232


KENNETH GARWICK and              )
CYNTHIA GARWICK,                 )
              Plaintiffs,        )          ***TRIAL BY JURY DEMANDED***
                                 )
      vs.                        )
                                 )
JOHN FISHER and FLEEMAN          )
CARRIERS INC,                    )
              Defendants.        )

## COMPLAINT FOR DAMAGES WITH JURY DEMAND

Come now Plaintiffs, Kenneth and Cynthia Garwick, by counsel, and by way of their

Complaint against Defendants, John Fisher and Fleeman Carriers Inc, allege and state as follows:

### Facts Applicable to All Counts

1.      Plaintiffs, Kenneth and Cynthia Garwick are legally married and  residents of

Manhattan, Kansas.

2.      Defendant, John Fisher, is a resident of Summertown, Tennessee.

3.      Defendant, Fleeman Carriers Inc, is a domestic for-profit

corporation with a principal office address of 605 Windsor Avenue, Lawrenceburg, TN and

doing business in Bartholomew County, IN.

4.      Upon information and belief, at all times relevant, Defendant, John Fisher, was an

employee, agent, or representative of Defendant, Fleeman Carriers Inc, and acting within the

scope of said relationship.

5.      This is a civil cause of action for damages arising from an occurrence in

Bartholomew County, Indiana.

6.      On or about January 1, 2018, Plaintiff, Kenneth Garwick, was operating a 2014

EXHIBIT B

Chrysler Town and Country south on I65 in Bartholomew County, Indiana.

7.      At the time specified in paragraph 6, Plaintiff, Cynthia Garwick, was a passenger

in the vehicle operated by Plaintiff, Kenneth Garwick.

### Count I

8.      Plaintiffs reallege and incorporate rhetorical paragraphs 1-7 of this complaint as if

fully set forth herein.

9.      At the time specified in Paragraph 6 above, Defendant, John Fisher, was

operating a 2013 Mack semi-tractor, owned and registered to Defendant, Fleeman Carrier Inc,

south on I65 in Bartholomew County, Indiana, and in violation of certain duties there and then

imposed by the common law and the statutes of the State of Indiana, was negligent in the

operation of the motor vehicle including, but not limited to:

    A.      Failure to maintain proper lookout;

    B.      Failure to maintain proper control of his vehicle;

    C.      Following too closely;

    D.      Driving too fast for conditions;

    E.      Driving with reckless disregard for safety and welfare of others;

and collided with the vehicle operated by Plaintiff, Kenneth Garwick, in which Plaintiff, Cynthia

Garwick was a passenger.

10.      As a proximate result of the negligence of Defendant, John Fisher, Plaintiff,

Kenneth Garwick, suffered severe personal injuries, was required to incur medical expenses in an

amount to be proven at trial, loss of wages, and to endure great pain and suffering, which

damages shall continue into the future.

11.      As a proximate result of the negligence of Defendant, Tanner Adair, Plaintiff,

EXHIBIT B

Cynthia Garwick, suffered severe personal injuries, was required to incur medical expenses in an amount to be proven at trial, loss of wages, and to endure great pain and suffering, which damages shall continue into the future.

12.     Defendant, Fleeman Carrier, Inc, is responsible for the negligent conduct of Defendant, John Fisher, via the theory of *respondeat superior.*

WHEREFORE, Plaintiffs, Kenneth and Cynthia Garwick, by counsel, pray for judgments against Defendants, John Fisher and Fleeman Carriers, Inc, in an amount adequate to compensate Plaintiffs for the losses which have been suffered, for the costs of this action and for all other just and proper relief in the premises.

## **Jury Demand**

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

KELLER & KELLER LLP

   */s/ Ryan Johnson*
Ryan Johnson, #24252-49
Attorneys for Plaintiff

KELLER & KELLER LLP
2850 N. Meridian Street
Indianapolis, IN  46208
(317) 926-1111

EXHIBIT B

**STATE OF INDIANA**
**IN THE BARTHOLOMEW_____ COURT**

## SUMMONS

| | | |
|---|---|---|
| KENNETH GARWICK and | ) | |
| CYNTHIA GARWICK, | ) | |
| Plaintiffs, | ) | ***TRIAL BY JURY DEMANDED*** |
| | ) | |
| vs. | ) | 03D01-1912-CT-007232 |
| | ) | |
| JOHN FISHER and FLEEMAN | ) | |
| CARRIERS INC, | ) | |
| Defendants. | ) | |

**TO DEFENDANT:**          John Fisher
                          160 Commodore Circle
                          Summertown, TN 38483

You have been sued by the persons named as Plaintiffs in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

You or your attorney must answer the Complaint in writing within twenty (20) days commencing the day after you receive this Summons (or within twenty-three [23] days if this Summons was received by mail) or a judgment will be entered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: _____     12/23/2019

Clerk of Bartholomew County
Court

**The following manner of service of Summons is hereby designated:**

__x__   Registered or certified mail (Return Receipt #_____)
_____   Service at place of employment, to-wit: _____
_____   Sheriff service on individual -- (Personal or copy) at above address
_____   Service on agent.  (Specify) _____
_____   Other service.  (Specify) _____

**Attorneys for Plaintiffs:**
Ryan Johnson, Atty #24252-49
KELLER & KELLER LLP
2850 N. Meridian Street
Indianapolis, IN 46208
317-926-1111

EXHIBIT B

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this Summons on the _____ day of _____, 20____:

      (1)     By delivering a copy of the Summons and a copy of the Complaint to the Defendant _____ personally;

      (2)     By leaving a copy of the Summons and a copy of the Complaint at _____, the dwelling place or usual above of the Defendant with a person of suitable age and discretion residing therein, namely _____, whose age is _____ years; and by mailing a copy of the Summons and Complaint to the Defendant _____ at _____;

      (3)

_____

_____.

$_____

Sheriff's Costs

_____

SHERIFF, Bartholomew County, Indiana

By:    _____

                  Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of the Summons and Complaint to the Defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

DATED: _____

_____

Clerk of Bartholomew County _____ Court

By:    _____

                  Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20___, for the reason stated on the return receipt, to-wit: _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

DATED: _____

_____

CLERK, Bartholomew County _____ Court

By:    _____

                  Deputy

EXHIBIT B

Case 3:20-cv-00010-RLY-MPB   Document 1-2 Filed 01/22/20   Page 11 of 22 PageID #: 13   Filed: 12/23/2019 9:40 AM
Clerk
Bartholomew County, Indiana

Bartholomew Superior Court 1

**STATE OF INDIANA**
**IN THE BARTHOLOMEW_____ COURT**

# SUMMONS

| | | |
|---|---|---|
| KENNETH GARWICK and | ) | |
| CYNTHIA GARWICK, | ) | |
| Plaintiffs, | ) | ***TRIAL BY JURY DEMANDED*** |
| | ) | |
| vs. | ) | 03D01-1912-CT-007232 |
| | ) | |
| JOHN FISHER and FLEEMAN | ) | |
| CARRIERS INC, | ) | |
| Defendants. | ) | |

**TO DEFENDANT:**       Fleeman Carriers Inc
C/o James Fleeman, Registered Agent
605 Windsor Avenue
Lawrenceburg, TN 38464-2453

You have been sued by the persons named as Plaintiffs in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

You or your attorney must answer the Complaint in writing within twenty (20) days commencing the day after you receive this Summons (or within twenty-three [23] days if this Summons was received by mail) or a judgment will be entered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: _____12/23/2019_____      _____
Clerk of Bartholomew County Court

**The following manner of service of Summons is hereby designated:**

__x__   Registered or certified mail (Return Receipt #_____
_____   Service at place of employment, to-wit: _____
_____   Sheriff service on individual -- (Personal or copy) at above address
_____   Service on agent. (Specify) _____
_____   Other service. (Specify) _____

**Attorneys for Plaintiffs:**
Ryan Johnson, Atty #24252-49
KELLER & KELLER LLP
2850 N. Meridian Street
Indianapolis, IN 46208
317-926-1111

EXHIBIT B

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

      I hereby certify that I have served this Summons on the _____ day of _____, 20____:

      (1)    By delivering a copy of the Summons and a copy of the Complaint to the Defendant _____ personally;

      (2)    By leaving a copy of the Summons and a copy of the Complaint at _____, the dwelling place or usual above of the Defendant with a person of suitable age and discretion residing therein, namely _____, whose age is _____ years; and by mailing a copy of the Summons and Complaint to the Defendant _____ at _____;

      (3)

_____
_____.

$_____

Sheriff's Costs

_____

SHERIFF, Bartholomew County, Indiana

By:    _____

                Deputy

## CLERK'S CERTIFICATE OF MAILING

      I hereby certify that on the _____ day of _____, 20___, I mailed a copy of the Summons and Complaint to the Defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

DATED: _____

_____

Clerk of Bartholomew County _____ Court

By:    _____

                Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20___.

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20___, for the reason stated on the return receipt, to-wit: _____.

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

DATED: _____

_____

CLERK, Bartholomew County _____ Court

By:    _____

                Deputy

EXHIBIT B

STATE OF INDIANA         )       IN THE BARTHOLOMEW SUPERIOR COURT 1
                            ) SS:
COUNTY OF BARTHOLOMEW  )       CAUSE NO. 03D01-1912-CT-007232

KENNETH GARWICK and        )
CYNTHIA GARWICK,          )
                            )
          Plaintiffs,        )
                            )
v.                           )
                            )
JOHN FISHER and          )
FLEEMAN CARRIERS, INC.,   )
                            )
         Defendants.     )

### Certificate of Issuance of Summons

     I, Ryan Johnson, Attorney for the Plaintiffs, do hereby certify that on the 23rd day of December, 2018, I sent, by certified mail, a filed stamped copy of the Complaint and Summons for this case to each of the following defendants:

          Party Served:    John Fisher

          Method of Service: Certified Mail

          Address of Party: 160 Commodore Circle, Summertown, TN 38483

          Tracking/Identification Number: 70180680000027309856

          Party Served: Fleeman Carriers, Inc., c/o James Fleeman, Registered Agent

          Method of Service: Certified Mail

          Address of Party: 605 Windsor Ave., Lawrenceburg, TN 38464

          Tracking/Identification Number: 70180680000027309849

                            */s/ Ryan Johnson*
                            Ryan Johnson, #24252-49
                            Attorney for Plaintiffs
                            KELLER & KELLER LLP
                            2850 N. Meridian St.
                            Indianapolis, IN 46208

EXHIBIT B

STATE OF INDIANA              )      IN THE BARTHOLOMEW SUPERIOR COURT 1
                              ) SS:
COUNTY OF BARTHOLOMEW         )      CAUSE NO. 03D01-1912-CT-007232

KENNETH GARWICK AND                  )
CYNTHIA GARWICK,                     )
                                     )
      Plaintiffs,              )
                                     )
vs.                                  )
                                     )
JOHN FISHER AND                      )
FLEEMAN CARRIERS, INC.,              )
                                     )
      Defendants.             )

## APPEARANCE FORM (CIVIL)
## RESPONDING PARTY

1.     Please enter my appearance for:

**DEFENDANTS JOHN FISHER AND FLEEMAN CARRIERS, INC.**

2.     Attorney information (as applicable for service of process):

| | | |
|---|---|---|
| Name: | Erin A. Clancy | Atty. Number:  21962-49 |
| | Ryan O. Farner | Atty. Number:  29599-02 |
| Address: | Kightlinger & Gray, LLP | Phone: 317/638-4521 |
| | 211 N. Pennsylvania Street | FAX:   317/636-5917 |
| | Suite 300 | Computer address: |
| | Indianapolis, Indiana  46204 | eclancy@k-glaw.com |
| | | rfarner@k-glaw.com |

3.     Will responding party accept FAX service:  Yes _____  No  X

4.     Additional information required by state or local rule:

               KIGHTLINGER & GRAY, LLP


               By:    */s/Erin A. Clancy*_____
                        Erin A. Clancy, I.D. No. 21962-49
                        Ryan O. Farner, I.D. No. 29599-02
                        *Attorney for Defendants*

1

EXHIBIT B

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of January, 2020, the foregoing was electronically filed with the Bartholomew County Superior Court 1 and was served – through the Court's E-Filing system – on the following:

Ryan Johnson
KELLER & KELLER, LLP
2850 N. Meridian Street
Indianapolis, IN 46208
*Attorney for Plaintiff*

                                       */s/Erin A. Clancy*_____
                                       Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

190960\5855966-1

2

EXHIBIT B

STATE OF INDIANA       )    IN THE BARTHOLOMEW SUPERIOR COURT 1
                          ) SS:
COUNTY OF BARTHOLOMEW   )    CAUSE NO. 03D01-1912-CT-007232

KENNETH GARWICK AND        )
CYNTHIA GARWICK,           )
                            )
      Plaintiffs,         )
                            )
vs.                            )
                            )
JOHN FISHER AND            )
FLEEMAN CARRIERS, INC.,     )
                            )
      Defendants.        )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Defendants John Fisher and Fleeman Carriers, Inc. ("Defendants"), by counsel, respectfully moves the Court for an extension of time of 30 days up to and including February 14, 2020, in which to file a responsive pleading to Plaintiffs' Complaint for Damages.  In support of said Motion, Defendants show the Court:

1.      That Plaintiffs' Complaint for Damages was filed on December 23, 2019, thereby making Defendants' response due no earlier than January 15, 2020.

2.      Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including February 14, 2020, within which to answer or otherwise respond to Plaintiffs' Complaint for Damages.

3.      This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiffs' Complaint for Damages.

EXHIBIT B

4.      Counsel for Defendants contacted counsel for Plaintiffs who has no objection to the filing of this motion.

WHEREFORE, Defendants John Fisher and Fleeman Carriers, Inc., prays that the time for filing a responsive pleading to the Plaintiffs' Complaint for Damages be extended for a period of thirty (30) days, up to and including February 14, 2020.

KIGHTLINGER & GRAY, LLP

By:     */s/Erin A. Clancy*
        Erin A. Clancy, I.D. No. 21962-49
        Ryan O. Farner, I.D. No. 29599-02
        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2020, the foregoing was electronically filed with the Bartholomew County Superior Court 1 and was served – through the Court's E-Filing system – on the following:

Ryan Johnson
KELLER & KELLER, LLP
2850 N. Meridian Street
Indianapolis, IN 46208
*Attorney for Plaintiff*

                                        */s/Erin A. Clancy*
                                        Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

190960\5855961-1

EXHIBIT B

STATE OF INDIANA ) IN THE BARTHOLOMEW SUPERIOR COURT 1
) SS:
COUNTY OF BARTHOLOMEW ) CAUSE NO. 03D01-1912-CT-007232

KENNETH GARWICK AND )
CYNTHIA GARWICK, )
)
    Plaintiffs, )
)
vs. )
)
JOHN FISHER AND )
FLEEMAN CARRIERS, INC., )
)
    Defendants. )

## ORDER ON EXTENSION OF TIME

    This cause came before the Court upon the Motion of the Defendants John Fisher and

Fleeman Carriers, Inc. for a Motion for Extension of Time to respond to Plaintiffs' Complaint

for Damages.

    The Court, having considered said Motion and, being duly advised in the premises, now

GRANTS the same, and

    THEREFORE, IT IS ORDERED that the Defendants John Fisher and Fleeman Carriers,

Inc., may have an extension of time of thirty (30) days, up to and including February 14, 2020,

within which to answer or otherwise plead to Plaintiffs' Complaint for Damages.

                **January 6, 2020**
DATED: _____

                                             Judge, Bartholomew Superior Court 1

Distribution to:

| Ryan Johnson | Erin A. Clancy |
|---|---|
| KELLER & KELLER, LLP | Ryan O. Farner |
| 2850 N. Meridian Street | KIGHTLINGER & GRAY, LLP |
| Indianapolis, IN 46208 | One Indiana Square, Suite 300 |
| *Attorney for Plaintiff* | 211 N. Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | *Attorney for Defendants* |

190960\5855957-1

EXHIBIT B



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

John Fisher
160 Commodore Circle
Summertown, IN 38483

9590 9402 4252 8121 5974 06

2.

7018 0680 0000 2730 9856

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☒ Addressee

B. Received by (Printed Name)
John S Fisher

C. Date of Delivery
12-31-19

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☒ No

RECEIVED
JAN 02 2020
CLERK
BARTHOLOMEW CO COURTS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

EXHIBIT B

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING # ™

9590 9402 4252 8121 5974 06

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bartholomew County Clerk
234 Washington St.
Columbus, IN  47201
Cause No. 03D01-1912-CT-007232

EXHIBIT B

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Fleeman Carriers, Inc.
c/o James Fleeman, Registered Agent
605 Windsor Ave.
Lawrenceburg, TN 38464

9590 9402 4252 8121 5974 20

7018 0680 0000 2730 9849

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (*Printed Name*)   | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
JAN 02 2020
BARTHOLOMEW CO. COURT

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

EXHIBIT B

PS Form **3811**, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

USPS TRACKING #

9590 9402 4252 8121 5974 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bartholomew County Clerk
234 Washington St.
Columbus, IN 47201
Cause No. 03D01-1912-CT-007232

12/31

EXHIBIT B